UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00164

**S3G Technology LLC,**
*Plaintiff,*

v.

**Asset Panda LLC,**
*Defendant.*

Before BARKER, *District Judge*

# FINAL JUDGMENT

The court, having considered plaintiff's agreed-upon motion for dismissal with prejudice, Doc. 21, and rendered its decision by opinion, hereby **enters** judgment that this action, including all claims and counterclaims, is **dismissed** with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. The court **retains** jurisdiction to enforce the parties' license and settlement agreement. The clerk of the court is **directed** to close this case.

*So ordered by the court on August 27, 2019.*

J. CAMPBELL BARKER
United States District Judge